**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

| | |
|---|---|
| **SCOTT SCHOLZ**, | Case No. 2:12-cv-00356-RSL |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| **WELLS FARGO BANK, NATIONAL ASSOCIATION,** | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Notice of Settlement - 1

Dennis R. Kurz
WEISBERG & MEYERS, LLC
5025 N. Central #602
Phoenix, Arizona 85012
888-595-9111
866-565-1327 facsimile
dkurz@AttorneysForConsumers.com

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated this 11th day of July, 2012.

                          s/Dennis R. Kurz
                          Dennis R. Kurz
                          WEISBERG & MEYERS, LLC

Filed electronically on this 11th day of July, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 11th day of July, 2012 to:

Erin M. Wilson
Lane Powell P.C.
1420 Fifth Ave., Suite 4100
Seattle WA 98101-2338
E-Mail: wilsonem@lanepowell.com

By: s/Dana Patch
    Dana Patch

Notice of Settlement - 2

Dennis R. Kurz
WEISBERG & MEYERS, LLC
5025 N. Central #602
Phoenix, Arizona 85012
888-595-9111
866-565-1327 facsimile
dkurz@AttorneysForConsumers.com